VIRGINIA & AMBINDER, LLP
By: Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212)943-9080
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE B.A.C. LOCAL 4 PENSION FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY, <br><br>Plaintiffs,<br><br>-against-<br><br>HIGH MOUNTAIN CONSTRUCTION, INC. and PARAMOUNT BUILDERS, INC.,<br><br>Defendants. | 18 CV 7696(CCC)<br><br>**ORDER & JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendants High Mountain Construction, Inc. ("High Mountain") and Paramount Builders, Inc. ("Paramount") (collectively, "Defendants"), and Defendants having failed to answer said Complaint, and the time for answering said Complaint having expired, and said default having been duly noted and entered,

NOW, on the motion of Plaintiffs, by and through their attorneys Virginia & Ambinder, LLP, it is hereby

ORDERED AND ADJUDGED that a default judgment be entered against both Defendants and that the Court enter an Order:

1. Finding that High Mountain and Paramount are alter egos or successors of each other;
2. Finding that Defendants are jointly and severally liable for each other's unpaid contributions to the Funds for the period January 2015 through the present;
3. Awarding judgment in favor of Plaintiffs and against Paramount for the 2016 Judgment balance of $109,169.01, plus interest at the legal rate from March 9, 2016 through the date of judgment;
4. Directing Defendant Paramount to submit to an audit of its books and records covering the period December 14, 2015 through the present, directing Defendant High Mountain's to submit to an audit of its books and records covering the period July 17, 2013 through the present, and directing Defendants to pay all delinquent contributions revealed by such audits, plus interest, liquidated damages, and audit fees and costs;
5. Awarding Plaintiffs $11,699.50 for their attorneys' fees incurred in this action;
6. Awarding Plaintiffs $1004.58 for their costs incurred in this action;
7. Awarding Plaintiffs post-judgment interest at the statutory rate; and
8. Awarding Plaintiffs such other and further relief as the Court may deem just and proper.

Judge _____
CLAIRE C. CECCHI, U.S.D.J.

This document was entered on the docket on

May 2, 2019.